J S - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COVENANT TRANSPORT, LLC, <br><br> Petitioner, <br><br> v. <br><br> OSCAR FERNANDEZ, <br><br> Respondent. | ) Case No. 5:25-cv-03321-SSS-SPx <br> ) <br> ) <br> ) **ORDER ACCEPTING FINDINGS** <br> ) **AND RECOMMENDATION OF** <br> ) **UNITED STATES MAGISTRATE** <br> ) **JUDGE** <br> ) <br> ) <br> ) <br> ) <br> ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and the Report and Recommendation of the United States Magistrate Judge. Respondent has not filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition is GRANTED. Respondent Oscar Fernandez is ordered: (1) to electronically produce to petitioner at edocs@hbblaw.com all medical records related to injuries respondent sustained in the February 24, 2025 vehicle collision, with such records to be produced prior to respondent's medical examination; and (2) to submit to an independent physical medical examination by a board-certified neurosurgeon or orthopedic specialist retained by

petitioner, sufficient to allow the examining physician to evaluate respondent's alleged injuries suffered in the February 24, 2025 vehicle collision.

The Court Clerk is directed to close this case after the filing of this order.

Dated: March 5, 2026

_____
HONORABLE SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE